IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNIVERSITY OF UTAH,<br><br>            Plaintiff,<br><br>    v.<br><br>MAX-PLANCK-GESELLSCHAFT ZUR FÖRDERUNG DER WISSENSCHAFTEN e.V., a corporation organized under the laws of Germany; MAX-PLANCK-INNOVATION GmbH, a corporation organized under the laws of Germany; WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation; MASSACHUSETTS INSTITUTE OF TECHNOLOGY, a Massachusetts corporation; UNIVERSITY OF MASSACHUSETTS, a Massachusetts corporation; and ALNYLAM PHARMACEUTICALS, INC., a Delaware corporation,<br><br>            Defendants. | Civil Action No. 1:11-cv-10484<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' MOTION TO DISMISS THE UNIVERSITY OF UTAH'S
<u>FIRST AMENDED COMPLAINT</u>**

For the reasons stated in the accompanying Memorandum in Support of Defendants' Motion to Dismiss the University of Utah's First Amended Complaint, defendants Max-Planck-Gesellschaft zur Förderung der Wissenschaften e.V., Max-Planck-Innovation GmbH, Whitehead Institute for Biomedical Research, Massachusetts Institute of Technology, and Alnylam Pharmaceutical, Inc. (collectively, the "Moving Defendants") move to dismiss the University of Utah's First Amended Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure. All of the University of Utah's claims against the Moving Defendants fail to state a claim for relief and thus should be dismissed.

Additionally, the Moving Defendants hereby join in the University of Massachusetts' ("UMass") separately filed Motion to Dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. This Court does not have jurisdiction over the University of Utah's claims against UMass. Because UMass is an indispensable party to this case as a co-owner of the Tuschl II Patents, the University of Utah's entire case, including its claims against the Moving Defendants, should be dismissed.

### Request for Oral Argument

Pursuant to Local Rule 7.1(d), the Moving Defendants hereby request oral argument on this Motion.

        Respectfully submitted,

        Max-Planck-Gesellschaft zur Förderung der
        Wissenschaften e.V.;
        Max-Planck-Innovation GmbH;
        Whitehead Institute for Biomedical Research;
        Massachusetts Institute of Technology;
        and
        Alnylam Pharmaceuticals, Inc.

        By their attorneys,

| | |
|---|---|
| Of counsel | |
| Morgan Chu (70446) | |
| David I. Gindler (117824) | */s/ Thomas F. Maffei* |
| Alan J. Heinrich (212782) | Thomas F. Maffei (BBO 313220) |
| Lina F. Somait (263876) | Scott McConchie (BBO 634127) |
| IRELL & MANELLA LLP | GRIESINGER, TIGHE & MAFFEI, LLP |
| 1800 Avenue of the Stars, Suite 900 | 176 Federal Street |
| Los Angeles, California 90067-4276 | Boston, Massachusetts 02110 |
| (310) 277-1010 | (617) 542-9900 |
| mchu@irell.com | tmaffei@gtmllp.com |
| dgindler@irell.com | smcconchie@gtmllp.com |
| aheinrich@irell.com | |
| lsomait@irell.com | |

Dated: October 31, 2011

## Certificate Pursuant to Local Rule 7.1(a)(2)

I, Thomas F. Maffei, hereby certify that counsel conferred and attempted in good faith to resolve or narrow the issues raised herein.

        /s/ Thomas F. Maffei
        Thomas F. Maffei

## Certificate of Service

I, Thomas F. Maffei, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 31, 2011.

        /s/ Thomas F. Maffei
        Thomas F. Maffei