**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

<u>University of Utah</u>
         Plaintiff

                                CA No. 1:11-cv-10484-PBS

v.

<u>Max-Planck-Gesellschaft Zur Foerderung Der Wissenschaften e.V. et al</u>
         Defendant

**SARIS, C.D.J.:**

### ORDER STAYING CASE

It is hereby **ORDERED** that the above entitled case is stayed pending the resolution of the Cert Petition.

Dated: February 21, 2014                         /s/ Jennifer LaFlamme
                                                                                 Deputy Clerk