# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNIVERSITY OF UTAH,<br><br>    Plaintiff,<br><br>v.<br><br>MAX-PLANCK-GESELLSCHAFT zur FORDERUNG der WISSENSCHAFTEN e.V., a corporation organized under the laws of Germany; MAX PLANCKINNOVATION GmbH, a corporation organized under the laws of Germany; WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation; MASSACHUSETTS INSTITUTE OF TECHNOLOGY, a Massachusetts corporation; ALNYLAM PHARMACEUTICALS INC., a Delaware corporation; and ROBERT L. CARET, President of the University of Massachusetts in his official capacity; JAMES R. JULIAN, Executive Vice President and Chief Operating Officer of the University of Massachusetts, in his official capacity; CHRISTINE M. WILDA, Senior Vice President for Administration, Finance & Technology and University Treasurer of the University of Massachusetts, in her official capacity; and JAMES P. MCNAMARA, Executive Director, Office of Technology Management of the University of Massachusetts, in his official capacity, their predecessors and successors in office,<br><br>    Defendants. | Civil Action No. 1:11-cv-10484 |

## [PROPOSED] AMENDED JUDGMENT

Upon Defendants' motion to amend the judgment to include the award of costs as provided for in the Court's Order Regarding Bill of Costs dated December 1, 2015 (Docket No. 276),

IT IS ORDERED, ADJUDGED and DECREED that:

00760318.1

The Judgment for the Defendants of September 30, 2015 (Docket No. 246) is hereby amended to include an award of costs to Defendants in the amount of $27,000.

IT IS SO ORDERED.

DATED: 9/6/17

_____
THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE, CHIEF