UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSITY OF UTAH,<br><br>  Plaintiff,<br><br>  v.<br><br>MAX-PLANCK-GESELLSCHAFT zur FORDERUNG der WISSENSCHAFTEN e.V., a corporation organized under the laws of Germany; MAX-PLANCK-INNOVATION GmbH, a corporation organized under the laws of Germany; WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH, a Delaware corporation; MASSACHUSETTS INSTITUTE OF TECHNOLOGY, a Massachusetts corporation; ALNYLAM PHARMACEUTICALS INC., a Delaware corporation; and ROBERT L. CARET, President of the University of Massachusetts in his official capacity; JAMES R. JULIAN, Executive Vice President and Chief Operating Officer of the University of Massachusetts, in his official capacity; CHRISTINE M. WILDA, Senior Vice President for Administration, Finance & Technology and University Treasurer of the University of Massachusetts, in her official capacity; and JAMES P. MCNAMARA, Executive Director, Office of Technology Management of the University of Massachusetts, in his official capacity, their predecessors and successors in office,<br><br>  Defendants. | C.A. No. 1:11-cv-10484 |

**DEFENDANTS' ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

- 2 -

Defendants Max-Planck-Gesellschaft zur Förderung der Wissenschaften e.V.; Max-Planck-Innovation GmbH; Whitehead Institute for Biomedical Research; Massachusetts Institute of Technology; Alnylam Pharmaceuticals, Inc.; Robert L. Caret; James R. Julian, Jr.; Christine M. Wilda; and James P. McNamara (collectively, "Defendants"), by and through their counsel of record, hereby acknowledge and agree that the Amended Judgment entered by The Honorable Patti B. Saris in this civil action, C.A. No. 1:11-cv-10484, against the plaintiff University of Utah on September 6, 2017 at Docket No. 286, a copy of which is attached hereto as Exhibit A, has been and is **FULLY AND FINALLY SATISFIED**.

|  |  |
|---|---|
|  | Max-Planck-Gesellschaft zur Förderung der Wissenschaften e.V.; Max-Planck-Innovation GmbH; Whitehead Institute for Biomedical Research; Massachusetts Institute of Technology; and Alnylam Pharmaceuticals, Inc. By their attorneys, |
|  | */s/ Thomas F. Maffei* |
| Of counsel: | Thomas F. Maffei (BBO 313220) |
| Morgan Chu (CA Bar # 70446) | Sherin & Lodgen LLP |
| David I. Gindler (CA Bar # 117824) | 101 Federal Street, Boston, MA 02110 |
| Alan J. Heinrich (CA Bar # 212782) | (617) 646-2000 |
| IRELL & MANELLA LLP |  |
| 1800 Avenue of the Stars, Suite 900 | ROBERT L. CARET, President of the |
| Los Angeles, California 90067-4276 | University of Massachusetts, in his official |
| (310) 277-1010 | capacity; JAMES R. JULIAN, Executive Vice |
| mchu@irell.com | President and Chief Operating Officer of the |
| dgindler@irell.com | University of Massachusetts, in his official |
| aheinrich@irell.com | capacity; CHRISTINE M. WILDA, Senior Vice President for Administration, Finance & |
| Sandra Haberny (CA Bar # 260977) | Technology and University Treasurer of the |
| IRELL & MANELLA LLP | University of Massachusetts, in his official |
| 840 Newport Center Drive, Suite 400 | capacity; and JAMES P. MCNAMARA, |
| Newport Beach, CA 92660 | Executive Director, Office of Technology |
| (949) 760-0991 | Management of the University of |
| shaberny@irell.com | Massachusetts, in his official capacity |
| Thomas F. Maffei (BBO 313220) | By their attorney, |
| Sherin & Lodgen LLP |  |
| 101 Federal Street, Boston, MA 02110 | Maura Healey |
| (617) 646-2000 | Attorney General for the Commonwealth of Massachusetts |
|  | */s/ David I. Gindler* |
|  | David I. Gindler (CA Bar # 117824) |
|  | Special Assistant Attorney General |
|  | IRELL & MANELLA LLP |
|  | 1800 Avenue of the Stars, Suite 900 |
|  | Los Angeles, California 90067-4276 |
|  | (310) 277-1010 |
| DATED:  October 17, 2017 | dgindler@irell.com |

- 3 -

- 4 -

**CERTIFICATE OF SERVICE**

    I, Thomas F. Maffei, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 17, 2017.

                                              */s/ Thomas F. Maffei*
                                              Thomas F. Maffei